# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00473-CR

---

**Herman Lee Kindred, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**NO. 24CCR01048,**
**THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

A jury found Herman Lee Kindred guilty of assault family violence, and the trial court sentenced him to one year in county jail. *See* Tex. Penal Code § 22.01(a)(1).

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has certified to this Court that she sent copies of the motion and brief to appellant, provided a motion to assist appellant in obtaining the appellate record, and advised appellant of his rights to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court. *See Kelly*

*v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744. Appellant filed a pro se response with the Court on July 9, 2025.

We have conducted an independent review of the record, including the record of the proceedings below, appellate counsel's brief, and appellant's pro se response, and we find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeal is frivolous.

Counsel's motion to withdraw is granted. The trial court's judgment of conviction is affirmed.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Affirmed

Filed: March 20, 2026

Do Not Publish